# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                               CASE: 19-62310MP

vs.

Mukesh Kumar

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Mukesh Kumar, was represented by counsel, George Romero (FPD).

The defendant pled guilty to the Complaint on 08/14/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 08/13/2019 |

As pronounced on 08/14/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, August 14, 2019.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 4NDMWE5KT

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - YUMA** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 08/14/2019          Case Number: 19-62310MP

USA vs. **Mukesh Kumar**

U.S. MAGISTRATE JUDGE: JAMES F. METCALF     Judge AO Code: 70BV
ASSIGNED U.S. Attorney: John Ballos
INTERPRETER REQ'D: Varuna Tejwani, Hindi
Attorney for Defendant: George Romero (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **08/13/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:     George Romero (FPD) is appointed as attorney of record for defendant.


|  |  |
|---|---|
| Recorded by Courtsmart | COP: 5 |
| BY: Angela Gutierrez | Sent: 0 |
| Deputy Clerk | IA: 0 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-62310MP |
| | Citizenship: INDIA |
| Mukesh Kumar | DOA: 08/13/2019 |
| YOB: 1989 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about August 13, 2019, near San Luis, Arizona in the District of Arizona, Defendant Mukesh KUMAR, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on August 13, 2019. The Defendant was advised of his Miranda Rights by Border Patrol Agents on August 13, 2019 at 1:03 P.M. The Defendant waived his rights to have an attorney present. The Defendant stated that, after crossing illegally into the United States, his intention was to travel further in, but did not know the specific destination where he was going to reside and work. To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Zachary Jensen, Hieu Thong, Elma Rascon and Francisco Mejia. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: No additional personnel.

File Date: 08/14/2019                     at Yuma, Arizona

Ismael Torres, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 08/14/2019

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 4NDMWE5KT

Magistrate Information Sheet

Complaint: Mukesh Kumar

Criminal History: NONE

Immigration History: NONE